JAMESN B. NEBEL (Bar No. 69626)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA 94104
Telephone: (415) 693-5566
Telecopier: (415) 693-0410
Email: jamesn@fdw-law.com

Attorneys for Plaintiff
ALEXANDER MARINE CO., LTD.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MARINE CO., LTD. <br><br> Plaintiff, <br><br> vs. <br><br> SHINKONG INSURANCE CO., LTD.; and DOES 1 through 50, <br><br> Defendants. | Case No.: C 11-00623 JCS <br><br> **PLAINTIFF'S CASE MANAGEMENT STATEMENT** <br><br> Date: May 20, 2011 <br> Time: 1:30 p.m. <br> Before: Honorable Joseph C. Spero <br> Courtroom A, 15th Floor |

The defendant, Shinkong Insurance Co., Ltd. ("Shinkong"), is a Taiwanese company with its principal place of business in Taipei, Taiwan. Plaintiff arranged for private service of summons and complaint which, although faster than the alternative of Letters Rogatory, can take several weeks. Plaintiff has been informed that Shinkong was served in Taipei today.

////

////

////

////

-1-
PLAINTIFF'S CASE MANAGEMENT STATEMENT

Case3:11-cv-00623-JCS Document8 Filed05/19/11 Page2 of 2

1  Under the circumstances, we respectfully request that the Case Management Conference be
2  continued for approximately thirty (30) days.  By that time, we expect that Shinkong will have
3  appeared in the action.

5  DATED:  May 17, 2011                                    FLYNN, DELICH & WISE LLP

                                                                          /s/ James B. Nebel
                                                               By: _____
                                                                           James B. Nebel
                                                                    Attorneys for Plaintiff
                                                                    ALEXANDER MARINE CO., LTD.

IT IS HEREBY ORDERED that the initial case management conference, set for May 20, 2011, at 1:30 PM, has been continued to June 17, 2011. The joint case management conference statement shall be due by June 10, 2011.

Dated:  May  18, 2011



IT IS SO ORDERED
Judge Joseph C. Spero

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566

-2-
PLAINTIFF'S CASE MANAGEMENT STATEMENT