JAMESN B. NEBEL (Bar No. 69626)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA  94104
Telephone:      (415) 693-5566
Facsimile:      (415) 693-0410
Email:          jamesn@fdw-law.com

Attorneys for Plaintiff
ALEXANDER MARINE CO., LTD.


JOHN D. GIFFIN (Bar No. 89608)
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone:      (415) 398-6000
Facsimile:      (415) 981-0136
Email:          john.giffin@kyl.com

Attorneys for Defendant
SHINKONG INSURANCE CO., LTD.

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MARINE CO., LTD. | Case No.:   C 11-00623 JCS |
| Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SHINKONG INSURANCE CO., LTD.; and DOES 1 through 50, | Date:     September 16, 2011 |
| Defendants. | Time:     1:30 p.m. |
| | Before:   Honorable Joseph C. Spero |
| | Courtroom A, 15th Floor |

ALEXANDER MARINE CO., LTD., ("Alexander Marine") and SHINKONG

INSURANCE CO., LTD., ("Shinkong") submit this Joint Case Management Statement and

Request for Continuance of the Case Management Conference scheduled for September 16, 2011

at 1:30 p.m.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA  94104
(415) 693-5566

Alexander Marine is a manufacturer of ocean-going yachts.  Shinkong is an insurer.  Both companies are based in Taiwan.

This action arises out of a shipment of an Alexander Marine yacht from Taiwan to Port Everglades, Florida.  Shinkong issued a policy of marine insurance covering the shipment.  The policy is subject to English law and practice.

When the yacht arrived at the discharge port it was found to have been damaged.  The damage occurred when another yacht that was secured in a cradle adjacent to the insured yacht slipped from its cradle during heavy weather, striking and damaging the insured yacht.

Alexander Marine submitted a timely claim to Shinkong for damage to the yacht. Shinkong has paid for the repair of the damage but Alexander Marine claims that it is also entitled to recover for diminution in the yacht's value on resale because of the damage.

At the initial Case Management Conference held in the case on June 17, 2011, the parties advised the Court of their plan to submit the questions in the case that are subject to English law to a panel of English solicitors specializing in marine insurance. The opinion of the majority of the panel of solicitors will be binding on the parties as to the application of English law to the parties' agreed facts and may be dispositive of the entire case.  Since that initial conference, counsel for the parties have received specific approval from their respective clients for the proposal, have agreed upon a panel of neutral solicitors/arbitrators, have stipulated to pertinent facts, have drafted and are editing a letter to the arbitrators and have been in contact with the mediator assigned to the case through the Court's program.  Counsel also had a conference call last week with Daniel Bowling of the Court's ADR staff about the status of the case and timing of potential mediation.

In short, while the parties are slightly behind where they expected to be at this juncture, they have the protocol in place and will proceed to obtain the opinion on English law that they believe to be necessary for the resolution of the case.  Under the circumstances the parties request

////

////

////

////

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA  94104
(415) 693-5566

JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1   that the Case Management Conference, currently scheduled for September 16, 2011, be continued

2   to December 16, 2011 at 1:30 p.m.

3

4   DATED:  September 13, 2011          FLYNN, DELICH & WISE LLP

5

6                                                  /s/ James B. Nebel
                                           By: _____

7                                                James B. Nebel
                                           Attorneys for Plaintiff

8                                          ALEXANDER MARINE CO., LTD.

9

10  DATED:  September 13, 2011          KEESAL, YOUNG & LOGAN

11

12                                                 /s/ John D. Giffin
                                           By: _____

13                                               John D. Giffin
                                           Attorneys for Defendant

14                                         SHINKONG INSURANCE CO., LTD.

15      IT IS SO ORDERED.

16

17      DATED: _____9/15/2011_____        _____

18                                                                              RATE JUDGE

19

20

21

22

23

24

25

26

27

28

(seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA · Judge Joseph C. Spero)

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA  94104
(415) 693-5566

3

JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE OF CASE
MANAGEMENT CONFERENCE