JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136
Email: john.giffin@kyl.com

Attorneys for Defendant
SHINKONG INSURANCE CO., LTD.


JAMES B. NEBEL (Bar No. 69626)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA 94104
Telephone: (415) 693-5566
Facsimile: (415) 693-0410
Email: jamesn@fdw-law.com

Attorneys for Plaintiff
ALEXANDER MARINE CO., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ALEXANDER MARINE CO., LTD., | ) Case No. C 11-00623 JCS |
|---|---|
| Plaintiff, | ) **JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SHINKONG INSURANCE CO., LTD., | |
| Defendants. | ) Date: November 2, 2012<br>) Time: 1:30 p.m.<br>) Before: Honorable Joseph C. Spero<br>) Courtroom A, 15th Floor |

At the initial Case Management Conference, counsel for the parties reported to the Court that they had agreed on a plan to submit, to a panel of English arbitrators, the dispositive issue of whether English law allows Plaintiff to recover its claim for the

diminution in value of the damaged yacht insured by the Defendant.

Following that initial Case Management Conference, the parties, through their counsel, agreed to a protocol for submission to the arbitration panel, selected the arbitrators and submitted to them information for each of them to provide an opinion on the submitted issues. All three panelists have now responded and provided their opinions but the parties require clarification relating to the opinion of the third panelist. They are seeking that clarification and expect to have it in the next couple of weeks.

Under the circumstances, counsel request that the November 2nd Case Management Conference date be vacated and that a further Conference be set for December 14, 2012, at 9:30 a.m. Counsel for the parties understand that that date and time are available on the Court's calendar.

Respectfully submitted by

DATED: November 1, 2012               FLYNN, DELICH & WISE LLP

                                      /s/ James B. Nebel
                                 By:  _____
                                      JAMES B. NEBEL
                                      Attorneys for Plaintiff
                                      ALEXANDER MARINE CO., LTD.

DATED: November 1, 2012               KEESAL, YOUNG & LOGAN

                                      /s/ John D. Giffin
Dated: 11/1/12                   By:  _____
                                      JOHN D. GIFFIN
                                      Attorneys for Defendant
                                      SHINKONG INSURANCE CO., LTD.



IT IS SO ORDERED
Judge Joseph C. Spero