1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  KEESAL, YOUNG & LOGAN
   A Professional Corporation
3  450 Pacific Avenue
   San Francisco, California 94133
4  Telephone: (415) 398-6000
   Facsimile: (415) 981-0136
5  Email:      john.giffin@kyl.com

6  Attorneys for Defendant
   SHINKONG INSURANCE CO., LTD.
7

8
   JAMES B. NEBEL (Bar No. 69626)
9  FLYNN, DELICH & WISE LLP
   343 Sansome Street, Suite 540
10 San Francisco, CA 94104
11 Telephone: (415) 693-5566
   Facsimile: (415) 693-0410
12 Email:      jamesn@fdw-law.com

13 Attorneys for Plaintiff
   ALEXANDER MARINE CO., LTD.
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18 ALEXANDER MARINE CO., LTD.,        ) Case No. C 11-00623 JCS
19                                    )
                        Plaintiff,    ) **JOINT CASE MANAGEMENT**
20                                    ) **STATEMENT AND REQUEST FOR**
             vs.                      ) **CONTINUANCE OF CASE**
21                                    ) **MANAGEMENT CONFERENCE**
                                      )
22 SHINKONG INSURANCE CO., LTD.,      )
                                      ) Date:   December 14, 2012
23                      Defendants.   ) Time:   9:30 a.m.
                                      ) Before: Honorable Joseph C. Spero
24 _____    )         Courtroom A, 15th Floor

25

26      At the initial Case Management Conference, counsel for the parties reported to

27 the Court that they had agreed on a plan to submit, to a panel of English arbitrators, the

28 dispositive issue of whether English law allows Plaintiff to recover its claim for the

diminution in value of the damaged yacht insured by the Defendant.

Following that initial Case Management Conference, the parties, through their counsel, agreed to a protocol for submission to the arbitration panel, selected the arbitrators and submitted to them information for each of them to provide an opinion on the submitted issues. All three panelists have now responded and provided their opinions but the parties are seeking clarification relating to the opinion of the third panelist.

In the meantime, counsel for the plaintiff has submitted a settlement demand and the parties expect to engage in settlement discussions. They expect that those discussions will be informal initially but, if necessary, the parties will again enlist the services of the mediator who was appointed by the Court in this matter.

Under the circumstances, counsel request that the December 14th Case Management Conference date be vacated and that a further Conference be set for late January, 2013.

Respectfully submitted by

DATED: December 11, 2012        FLYNN, DELICH & WISE LLP

                                By: /s/ James B. Nebel
                                _____
                                JAMES B. NEBEL
                                Attorneys for Plaintiff
                                ALEXANDER MARINE CO., LTD.


DATED: December 11, 2012        KEESAL, YOUNG & LOGAN

IT IS HEREBY ORDERED THAT the case management conference is continued to January 25, 2013, at 1:30 PM. An updated joint cmc statement is due by 1/18/13.
Dated: 12/12/12.

                                By: /s/ John D. Giffin
                                _____
                                JOHN D. GIFFIN
                                Attorneys for Defendant
                                SHINKO INSURANCE CO., LTD.

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero